IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC L. RAMBERT, | : |
| Petitioner, | : CIVIL ACTION NO. 22-3509 |
| v. | : |
| MICHAEL ZAKEN; THE DISTRICT ATTORNEY OF THE COUNTY OF ALLEGHENY; THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : |
| Respondents. | : |

## ORDER

**AND NOW**, this 22nd day of November, 2022, after considering the petition for writ of habeas corpus under 28 U.S.C. § 2254 filed by the *pro se* petitioner, Eric L. Rambert (Doc. No. 1); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

2. There is no cause to issue a certificate of appealability; and

3. The clerk of court shall **MARK** this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.